```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 48661
   CELSO B ALONZO
   AMORITA S ALONZO                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-1017    SSN XXX-XX-7958

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/02/03 and confirmed on 06/25/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  37899.51 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG          .00          .00            .00
CITIMORTGAGE               MORTGAGE ARRE     23434.29          .00       23434.29
WELLS FARGO FINANCIAL IN   SECURED                .00          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          2099.58          .00         625.95
ALLIED INTERSTATE          UNSECURED         NOT FILED         .00            .00
AMERICAN MEDICAL COLLECT   UNSECURED         NOT FILED         .00            .00
ARROW FINANCIAL            UNSECURED         NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED         .00            .00
AT & T                     UNSECURED         NOT FILED         .00            .00
CAPITAL ONE FINANCIAL      UNSECURED          1106.50          .00         329.88
CARSON PIRIE SCOTT         UNSECURED         NOT FILED         .00            .00
KOHLS                      UNSECURED         NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1782.85          .00         531.52
PEOPLES BANK               UNSECURED          5688.89          .00        1696.04
RESURGENT CAPITAL SERVIC   UNSECURED          5313.51          .00        1584.13
SHERMAN ACQUISITION        UNSECURED         NOT FILED         .00            .00
MIDWEST RECEIVABLES CORP   UNSECURED         NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED         .00            .00
WELLS FARGO FINANCIAL IN   SECURED VEHIC      1500.00       216.47        1500.00
WELLS FARCO FINANCIAL IN   MORTCAGE ARRE      3146.20          .00        3146.20
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
WELLS FARGO FINANCIAL IN   UNSECURED              .00          .00            .00
RJM ACQUISITIONS LLC       UNSECURED           108.92          .00          32.48
CITIMORTGAGE               COST OF COLLE       700.00          .00         700.00
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      28080.49        700.00      16100.25           .00    44880.74
PRINCIPAL PAID          28080.49        700.00       4800.00           .00    33580.49
INTEREST PAID             216.47           .00           .00           .00      216.47
TOTAL PAID              28296.96        700.00       4800.00           .00    33796.96
```
The Debtor's attorney, DAVID M SIEGEL                       , was allowed $   2700.00
and was paid $    156.00   direct and $    2544.00   through the plan.

The Trustee received $    1558.55 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/09/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                                PAGE   2
         CASE NO. 03 B 48661 CELSO B ALONZO & AMORITA S ALONZO